UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GRAYDON J. HAUSER and LORA
SUE HAUSER,
                Plaintiffs,

vs.                                            CASE NO. 2:23-cv-00855-JLB-KCD

MARINER POINTE CONDOMINIUM
ASSOCIATION, INC.,
                Defendant.
_____/

## JOINT MOTION AND STIPULATION OF DISMISSAL

The Parties to this action, acting through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby jointly move the Court, in consideration of the Settlement Agreement ["Settlement Agreement"] executed by them, for the dismissal with prejudice of this action, with each party to bear his/her/its own fees and costs except as otherwise agreed therein; but with the express condition that dismissal is conditioned upon this Court's issuance of an Order retaining jurisdiction for any dispute concerning or arising from said Settlement Agreement, including interpretation and effect, and any action to enforce any provision, which shall be filed as a re-opening of this action.

WHEREFORE, the Parties jointly move that the Court enter their proposed Final Order of Dismissal, which has been annexed hereto as "Attachment 1" and is incorporated herein.

Jointly and respectfully submitted,

BY:

| VENZA LAW, PLLC | MARCY I. LAHART, P.A. | FREEMAN MATHIS & GARY |
|---|---|---|
| 931 Village Boulevard, #905-322 | 207 SE Tuscawilla Road | 2502 N. Rocky Point Dr., Suite 860 |
| West Palm Beach, FL 33409 | Micanopy, FL 32667 | Tampa, FL 33607 |
| Office: (561) 596-6329 | Office: (352) 224-5699 | Office: (813) 774-6363 |
| dvenza@venzalawpllc.com | Fax: (888) 400-1464 | Fax:(833) 330-0369 |
| | marcy@floridaanimallawyer.com | jkarron@fmglaw.com |
| | | chris.lawson@fmglaw.com |

BY: *s/ Denese Venza*　　　　　BY: *s/ Marcy I. LaHart*　　　BY: *s/ Julie B. Karron*
Denese Venza, Esq.　　　　　　Marcy I. LaHart, Esq.　　　　Julie B. Karron, Esq.
Florida Bar No. 599220　　　　Florida Bar No. 0967009　　　Florida Bar No. 14683
*Counsel for Plaintiff*　　　　　*Counsel for Plaintiff*　　　　BY: *s/ Christopher T. Lawson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher T. Lawson, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 1025196
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING

**I HEREBY CERTIFY** that on the 8th day of December 2023, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court with the approval of all counsel.

　　　　　　　　　　　　　　　　　　　　　　　　BY: *s/ Julie B. Karron*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. ___14683_____